THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael A. Smith,       
Appellant.
 
 
 

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-530
Submitted October 1, 2004  Filed October 
 20, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Michael A. Smith (Appellant) was convicted of first-degree 
 criminal sexual conduct.  On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has filed 
 a pro se response.  
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.             
APPEAL DISMISSED. [1] 
GOOLSBY, ANDERSON, and WILLIAMS, JJ., concur. 

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.